**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Mitchell Eugene Branch, Sr.**
**Debtor(s)**

**BK NO. 26-01061 HWV**

**Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/Maggie Soboleski

Maggie Soboleski
15 Sep 2026, 12:25:47, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: ed54d1669a992be1a0bdd970797e5db4e0c5e9e6d4ce0dafedd1cca322fa11fb